OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed for the reasons stated in the memorandum at the Appellate Division (74 AD2d 647).
 

 To make clear our concurrence as to procedure to be followed in future cases, we reiterate the Appellate Division’s suggestions that names of prospective witnesses
 
 *914
 
 should be obtained from the attorneys outside the presence of the jury and presented to prospective jurors during
 
 voir dire
 
 without attribution to either party, and that absent a request by defendant the Trial Judge may make no comment concerning defendant’s right not to testify.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed in a memorandum.